FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA JAZMIN MACEDO RODRIGUEZ, EDWIN SALGADO RODRIGUEZ, LORENZA RODRIGUEZ MARTINEZ, and SANTOS MACEDO RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ALEJANDRO MAYORKAS, Secretary of Homeland Security, UR JADDOU, Director, U.S. Citizenship and Immigration Services, and LOREN MILLER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services,<br><br>Defendants. | No. 2:22-cv-00043-MKD<br><br>ORDER DISMISSING CASE<br><br>**ECF No. 6** |

Before the Court is the parties' Stipulated Motion for Order of Dismissal, ECF No. 6.  The parties stipulate to the entry of an order dismissing the action with prejudice, with each party bearing its own costs and fees.  Pursuant to Fed. R. Civ.

ORDER - 1

P. 41(a)(1)(A)(ii), the Court accepts the stipulated motion and dismisses the action with prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Order of Dismissal, **ECF No. 6**, is **ACCEPTED**.

2. This action, including all claims and counterclaims against all parties, shall be **DISMISSED with prejudice**, with all parties to bear their own costs and attorney fees.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE.**

DATED May 19, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2